M. SAMUEL & SONS, INC., Appellant, v. HERBERT H. WURZLER, HARRY C. CLIFFORD and JACK C. OTTIMER, Sued Herein as JACK C. OTTENHEIMER, Respond-

ents.— In an action brought by a corporation to recover proceeds of corporate checks and stock utilized for payment of personal indebtedness of one of two individuals, who were its sole stockholders, directors and officers, order granting motion for summary judgment dismissing complaint and judgment entered in accordance therewith, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.